[No. 71058-3-I. Division One. June 23, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT EUGENE COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-01275-7, Gary B. Bashor, J., entered March 27, 2012. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 71065-6-I. Division One. June 23, 2014.]

STANISLAW PIATEK, *Appellant*, v. RENATA ANNA PIATEK, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-13439-9, Rosanne Buckner, J., entered August 24, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Leach, J.

[No. 71733-2-I. Division One. June 23, 2014.]

TAMMY D. KARTHAUSER ET AL., *Respondents*, v. MACKENZIE ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-2-00602-7, Michael J. Sullivan, J. Pro Tem., entered March 27, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Leach, J.